UNITED STATES of America,
Plaintiff–Appellee

v.

Noe GARCIA–NAJERA, Defendant–
Appellant

United States of America,
Plaintiff–Appellee

v.

Noe Garcia–Najera, also known as Juan
Fontes–Galavis, also known as Miguel
Villa–Villa, Defendant–Appellant

No. 15–50928
Cons. w/ No. 15–50929
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/18/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX.

Noe Garcia–Najera, Pro Se, Three Rivers, TX.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Noe Garcia–Najera has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gar-

cia–Najera has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.